# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Selective Way Insurance Company, a New Jersey corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | Case No. 1-17-cv-230 |
| The Glosson Group, LLC, a Georgia limited liability corporation, et al., | ) ) ) | |
| Defendants. | ) | |

Before the court is a stipulation filed by Selective Way Insurance Company and Strata Corporation. (Doc. No. 9). These parties stipulate Strata's deadline for filing its answer/responsive pleading should be extended indefinitely. The court has concerns about how an indefinite deadline could impact any potential cross-claims by and amongst the various defendants. Accordingly, the court **ADOPTS** the stipulation, in part. Strata's deadline for filing an answer/responsive pleading shall be extended to January 15, 2018. Prior to that date, the parties may file another motion/stipulation further extending that date.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2017.

>                             */s/ Charles S. Miller, Jr.*
>                             Charles S. Miller, Jr., Magistrate Judge
>                             United States District Court