# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Selective Way Insurance Company, a New Jersey corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>The Glosson Group, LLC, a Georgia limited liability corporation, et al., )<br>)<br>Defendants. ) | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1-17-cv-230 |

Before the court is a motion for attorney Jennifer S. Lowndes to appear *pro hac vice* on Defendants CSC General Contractors, Inc. and CSC General Contractors, ND LLP's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Lowndes has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Lowndes has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 44) is **GRANTED**. Attorney Lowndes is admitted to practice before this court in the above-entitled action on behalf of the Defendants CSC General Contractors, Inc. and CSC General Contractors, ND LLP.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge