# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Selective Way Insurance Company, a New Jersey corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>The Glosson Group, LLC, a Georgia limited liability corporation, et. al., )<br>)<br>Defendants. ) | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1:17-cv-230 |

Before the court is a motion for attorney Michael C. Drew to appear *pro hac vice* on behalf of Defendants CSC General Contractors, Inc., and CSC General Contractors, ND LLP. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Michael C. Drew has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 50) is **GRANTED**. Attorney Michael C. Drew is admitted to practice before this court in the above-entitled action on behalf of Defendants CSC General Contractors, Inc., and CSC General Contractors, ND LLP.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2018.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge