IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Selective Way Insurance Company, a New Jersey corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| The Glosson Group, LLC, a Georgia limited liability corporation, | ) ) ) | **ORDER** |
| CSC General Contractors, Inc., a Georgia Corporation, | ) ) ) ) | |
| CSC General Contractors, ND LLP, a North Dakota limited liability partnership, | ) ) ) | Case No. 1:17-cv-230 |
| Defendants, | ) ) ) | |
| and | ) ) | |
| CSC General Contractors, Inc., a Georgia Corporation, | ) ) ) ) | |
| CSC General Contractors, ND LLP, a North Dakota limited liability partnership, | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| Selective Way Insurance Company, a New Jersey corporation, | ) ) ) ) | |
| Counterclaim Defendant. | ) | |

The court held a status conference with the parties by telephone on October 25, 2018. Pursuant to its discussions with the parties, the court **ADOPTS** the Stipulation to Amend the Amended Scheduling/Discovery Plan (Doc. No. 59). The pretrial deadlines shall be amended as

1

follows:

1. The parties shall have until January 31, 2019, to complete fact discovery

2. The parties shall have until December 17, 2018, to provide initial expert disclosures.

3. The parties shall have until January 31, 2019, to provide rebuttal expert disclosures.

4. The parties shall have until March 15, 2019, to complete discovery depositions of expert witnesses.

5. The parties shall have until April 15, 2019, to file dispositive motions.

In addition, final pretrial conference set for July 9, 2019, shall be rescheduled for September 24, 2019, at 11:00 a.m. by telephone before the magistrate judge. The court shall initiate the conference call. Finally, the jury trial scheduled for July 22, 2019, shall be rescheduled for October 7, 2019, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #1, 5 days).

**IT IS SO ORDERED.**

Dated this 25th day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court