# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Selective Way Insurance Company, a New Jersey Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| The Glosson Group, LLC, et. al., | ) ) | Case No. 1:17-cv-230 |
| Defendants. | ) | |

Before the court is the parties' stipulation to amend pretrial deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 67) and amends the pretrial deadlines as follows:

1. The parties shall have until June 3, 2019, to complete fact discovery.

2. The parties shall have until April 19, 2019, to provide initial expert disclosures.

3. The parties shall have until June 3, 2019, to provide rebuttal expert disclosures.

4. The parties shall have until July 18, 2019, to complete discovery depositions of expert witnesses.

5. The parties shall have until August 19, 2019, to file dispositive motions.

In addition, the court shall its own motion continue the final pretrial conference and trial. Accordingly, the final pretrial conference set for September 24, 2019, shall be rescheduled for January 28, 2020, at 2:00 p.m. by telephone before the magistrate judge. The court shall intiate the conference call. The jury trial set for October 7, 2019, shall be rescheduled for February 10, 2020, at 9:00 a.m. in Bismarck (Courtroom #1) before Chief Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2019.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr., Magistrate Judge
                                           United States District Court